# United States Court of Appeals
## For the Eighth Circuit

_____

No. 18-1642
_____

Celina Aracely Nieto-Lopez; Oscar Armando Barahona-Nieto

*Petitioners*

v.

William P. Barr, Attorney General of the United States

*Respondent*

_____

No. 18-3163
_____

Celina Aracely Nieto-Lopez

*Petitioner*

v.

William P. Barr, Attorney General of the United States

*Respondent*

_____

Petition for Review of an Order of the
Board of Immigration Appeals

_____

Submitted: October 4, 2019
Filed: October 15, 2019
[Unpublished]
_____

Before GRUENDER, STRAS, and KOBES, Circuit Judges.

_____

PER CURIAM.

In these consolidated matters, Salvadoran citizens Celina Nieto-Lopez (Nieto) and her son, Oscar Armando Barahona-Nieto (collectively, Petitioners) petition for review of an order of the Board of Immigration Appeals (BIA) which dismissed their appeal from the decision of an immigration judge (IJ) denying them asylum, withholding of removal, and protection under the Convention Against Torture (CAT) (Appeal No. 18-1642). Nieto also individually petitions for review of a BIA order denying Petitioners' motion to reopen proceedings (Appeal No. 18-3163).

Upon careful consideration, we find no basis for reversal. We conclude that Petitioners' due process claim lacks merit, see Alva-Arellano v. Lynch, 811 F.3d 1064, 1066 (8th Cir. 2016) (standard of review; to establish due process violation, alien must show a fundamental procedural error and prejudice); and that there was no abuse of discretion in the BIA's denial of the motion to reopen, see Vargas v. Holder, 567 F.3d 387, 391 (8th Cir. 2009) (standard of review).

The petitions for review are denied. See 8th Cir. R. 47B.

_____